**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6309**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

    versus

ALVIN BASS,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-90-352-A, CA-97-754-AM)

———————

Submitted: August 15, 2000      Decided:  August 25, 2000

———————

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Alvin Bass, Appellant Pro Se.  Charles Philip Rosenberg, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alvin Bass seeks to appeal the district court's order construing his petition for a writ of habeas corpus under 28 U.S.C. § 2241 (1994) as a motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) and dismissing it without prejudice as successive. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Bass, Nos. CR-90-352-A; CA-97-754-AM (E.D. Va. Jan. 4, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2